IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              Cause No. 6:13-cr-60056

GUILLERMO JESUS SANCHEZ-MALDONADO                              DEFENDANT

## ORDER

**BEFORE** the Court is the Petition to Allow Employment (ECF No. 25), which is in essence a motion to modify the terms of pretrial release. The Government, while it has not formally responded has indicated it has no objection to the Court granting the request.

**IT IS THEREFORE ORDERED** the Petition to Allow Employment (ECF No. 25) is **GRANTED**. Defendant's conditions of pretrial release are hereby modified as follows:

Defendant is allowed to be away from his residence from 9:00 a.m. to 4:00 p.m. up to six days a week for the purpose of employment. Defendant's work schedule must be approved by the United States Probation office and he must provide proof of employment to the United States Probation Office.

**SO ORDERED** this **19th day of February 2014.**

                                                                    /s/ Barry A. Bryant
                                                                    HONORABLE BARRY A. BRYANT
                                                                    UNITED STATES MAGISTRATE JUDGE